UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

|  |  |
|---|---|
| IHANCE, INC., and<br>ANDREW J. KNOX,<br><br>       Plaintiffs,<br><br>    v.<br><br>ELOQUA LIMITED and<br>ELOQUA CORPORATION,<br><br>       Defendants. | *No. 2:11-cv-257-MSD-FBS* |

## JOINT STIPULATION OF DISMISSAL

On this day, came the parties, by counsel, pursuant to Rule 41(a) and, based upon a settlement, stipulated that: (1) all claims brought by the Plaintiffs are dismissed with prejudice; and (2) all counterclaims brought by the Defendants are dismissed without prejudice; and (3) Defendants' Motion for Sanctions, Fees and Just Costs (D.I. 308) is dismissed with prejudice. The parties further stipulate that each party shall bear its own costs, including attorneys' fees.

**SO STIPULATED:**

    */s/Stephen E. Noona*
Stephen E. Noona
(Virginia Bar No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street
Norfolk, VA 23510
Tel: (757) 624-3000
Fax: (757) 624-3169
senoona@kaufcan.com

Timothy J. Rousseau (admitted *pro hac vice*)
GOODWIN PROCTER LLP

The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333
trousseau@goodwinprocter.com

Douglas J. Kline (admitted *pro hac vice*)
Elaine Herrmann Blais (admitted *pro hac vice*)
William A. Meunier (admitted *pro hac vice*)
Adam R. Wichman (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231
dkline@goodwinprocter.com
eblais@goodwinprocter.com
wmeunier@goodwinprocter.com
awichman@goodwinprocter.com

Attorneys for Defendants
Eloqua, Inc. f/k/a Eloqua Limited and Eloqua Corporation

*SO STIPULATED:*

       */s/Robert M. Tata*
Robert M. Tata
(Virginia Bar No. 30101)
HUNTON & WILLIAMS LLP
500 E. Main Street, Suite 1000
Norfolk, Virginia 23510
Tel:  (757) 640-5300
Fax: (757) 625-7720
btata@hunton.com

Paul B. Gaffney
Thomas G. Hentoff
John M. McNichols
Thomas S. Fletcher
Eric C. Wiener
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel:  (202) 434-5000
Fax:  (202) 434-5209
pgaffney@wc.com
thentoff@wc.com
jmcnichols@wc.com
tfletcher@wc.com
ewiener@wc.com

Attorneys for Plaintiffs, iHance, Inc. and Andrew J. Knox